978 A.2d 920

IN THE MATTER OF RICHARD S. YUSEM,
AN ATTORNEY AT LAW.

September 24, 2009.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 08–371, concluding that **RICHARD S. YUSEM** of **SOMERVILLE,** who was admitted to the bar of this State in 1977, should be censured for violating *RPC* 1.5(b) (failure to communicate in writing the basis or rate of fee), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **RICHARD S. YUSEM** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.